**FILED**

**FEB 2 4 2011**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                               CRIMINAL NO. SA-10-CR-287(FB)

GINO V. GAMBINO-ANDOLINI et al,

Defendants.

### ORDER PREFERENTIALLY SETTING CAUSE FOR TRIAL

On this ___24___ day of February, 2011, came on to be considered the Government's Motion For Preferential Setting and sets the above cause for trial on May 23, 2011 at 8:30 a.m. for trial.

SO ORDERED this ___24___ day of February, 2011

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE